UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-CV-00022-FDW

| | |
|---|---|
| TEMI HOLDINGS, LLC | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER** |
| UNITED STATES BANKRUPTCY ADMINISTRATOR; FIRST-CITIZENS BANK & TRUST COMPANY | ) |
| Defendants. | ) |

THIS MATTER is before the Court *sua sponte*. After review of the Notice of Appeal from Bankruptcy Case Number 15-31795 (Doc. No. 1), the Court REMANDS the case for further clarification of the Order Granting Motion to Transfer to Proper Venue.

IT IS SO ORDERED.

Signed: April 27, 2016

Frank D. Whitney
Chief United States District Judge