UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-CV-00022-FDW

| | |
|---|---|
| TEMI HOLDINGS, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| UNITED STATES BANKRUPTCY ) | |
| ADMINISTRATOR; FIRST-CITIZENS ) | |
| BANK & TRUST COMPANY ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court *sua sponte* for Appellant's failure to prosecute the appeal. On January 12, 2016, Appellant filed a Notice of Appeal after the case was transferred to the United States Bankruptcy Court for the District of South Carolina (Spartanburg), No. 16-00075-hb, and that case appears to be proceeding as of the date of this order. Under Bankruptcy Rule 8009(a)(1)(B) Appellant has 14 days after filing a notice of appeal to file the designation of the record on appeal and statement of issues on appeal. Appellant has yet to file or serve the designation and statement of issues.

Accordingly, Appellant is hereby ORDERED to show cause within seven (7) calendar days.

IT IS SO ORDERED.

Signed: July 13, 2016

Frank D. Whitney
Chief United States District Judge