# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| TEMI HOLDINGS, LLC, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16cv22 |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES BANKRUPTCY ADMINISTRATOR; FIRST-CITIZENS BANK & TRUST COMPANY, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Appeal and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 25, 2016 Order.

July 25, 2016

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court